JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRICE,<br><br>　　　　Petitioner<br><br>　　v.<br><br>CDCR DIRECTOR,<br><br>　　　　Respondent. | Case No. 8:21-cv-02026-MCS (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: July 22, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE